AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

FILED
FEB 11 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

United States of America
v.
Kenja T. Thomas

)
)
)
)
)
)

Case No. 5:19 CR 713

JUDGE LIOI

*Defendant*

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Kenja T. Thomas,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 751(a)(1) - Escape by a Prisoner in Custody of an Institution or Officer

Date: 11/13/2019

*Issuing officer's signature*

City and state: Cleveland, Ohio

SANDY OPACICH, CLERK
*Printed name and title*

**Return**

This warrant was received on *(date)* 11/13/19, and the person was arrested on *(date)* 11/25/19
at *(city and state)* Akron, OH.

Date: 11/25/19

*Arresting officer's signature*

L. Conyers / USMS
*Printed name and title*